UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL MORENO, | ) | CASE NO. CV 06-3984-PSG (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| DERRAL ADAMS, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  June 2, 2009

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\06-3984 Judgment.wpd